UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CRISTIAN SANCHEZ,

                Plaintiff,

      - against -

COPART, INC.,

                Defendant.
------------------------------------------------------------X

21-CV-1808 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The parties have consented to my jurisdiction for all purposes. According to the record, Defendant's answer was due on May 3, 2021. No answer appears on the record. Accordingly, the parties shall jointly file a status letter by May 10, 2021.

                          SO ORDERED.

                          _____
                          ROBERT W. LEHRBURGER
                          UNITED STATES MAGISTRATE JUDGE

Dated: May 6, 20221
       New York, New York

Copies transmitted this date to all counsel of record.