USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/04/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CRISTIAN SANCHEZ,

                Plaintiff,      21-cv-1808 (JGK)

    - against -             ORDER

COPART, INC.,

                Defendants.

JOHN G. KOELTL, District Judge:

The initial conference scheduled for June 10, 2021 is canceled in light of the reference of the action to Magistrate Judge Lehrburger.

SO ORDERED.

Dated:    New York, New York
          June 4, 2021

                                        John G. Koeltl
                                  United States District Judge